Kyle Wallor
LAMSON, DUGAN AND MURRAY, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone (402) 397-7300
Facsimile (402) 397-7824

Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
srt@moffatt.com
tya@moffatt.com


Attorneys for Plaintiff
Union Pacific Railroad Company

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>SYRINGA HOLDINGS, LTD. CO.,<br><br>              Defendant. | Civil No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT REQUIRED BY FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Union Pacific Railroad Company submits that it is a Delaware corporation with its principal place of business in Omaha, Nebraska, and that it has no parent company.

**CORPORATE DISCLOSURE STATEMENT REQUIRED BY FRCP 7.1 - 1**

DATED this 2nd day of November, 2006.

LAMSON, DUGAN AND MURRAY, LLP

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By _____

Tyler J. Anderson – Of the Firm
Attorneys for Plaintiff
Union Pacific Railroad Company

**CORPORATE DISCLOSURE STATEMENT REQUIRED
BY FRCP 7.1 - 2**

BOI_MT2:631887.1