***UNITED STATES DISTRICT COURT***
***for the District of Idaho***

Union Pacific Railroad Company
PLAINTIFF,
VS.

Syringa Holdings, Ltd. Co.

DEFENDANT.

CASE NO. 1:06−cv−00443−LMB

***NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND REQUIREMENT FOR CONSENT***

In accordance with United States District Court for the District of Idaho General Order #159, and Fed.R.Civ.P. 73, you are notified that the above−entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of final judgment, and all post−judgment proceedings.

Exercise of this jurisdiction by a United States Magistrate Judge is, however, permitted only if all parties file a written consent form, a copy of which is a part of this notice. You may without adverse consequences withhold consent. No Judge will be informed of a partys response to the clerks notification, unless all parties have consented to the referral of the matter to a United States Magistrate Judge. The decision of the parties shall be communicated to the Clerk of Court.

An appeal from a judgment entered by a United States Magistrate Judge will be to the United States Circuit Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed.R.Civ.P 73.

If you wish to consent to this matter being handled by a United States Magistrate Judge, please sign this form and return it to the Clerk of Court. If any party does not want to consent to the exercise of jurisdiction by a United States Magistrate Judge, the party should send a letter to the Clerk of Court requesting reassignment. If all parties do not consent to the exercise of jurisdiction by a Magistrate Judge prior to the Rule 16.1 Scheduling Conference, this matter will be randomly reassigned to a United States District Judge by the Clerk of Court

DATED: 11/3/06

Cameron S. Burke, Clerk of Court

jlg

______________________________
By Deputy Clerk

***Consent to the Exercise of Jurisdiction by a United States Magistrate Judge***

In accordance with provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post−judgment proceedings.

| Party Represented | Signature | Date |
| --- | --- | --- |
| | | |
| | | |
| | | |

***NOTE:*** All consents and requests for reassignment should be sent to:
***U.S. District Court, 550 West Fort Street, Boise, ID 83724.***