Kyle Wallor
LAMSON, DUGAN AND MURRAY, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone (402) 397-7300
Facsimile (402) 397-7824

Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
MOFFATT, THOMAS, BARRETT, ROCK &
 FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
srt@moffatt.com
tya@moffatt.com

Attorneys for Plaintiff
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SYRINGA HOLDINGS, LTD. CO.,<br><br>Defendant. | Civil No. 06-443-LMB<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT REQUIRED BY FRCP 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Union Pacific Railroad

Company submits that it is a Delaware corporation with its principal place of business in Omaha,

Nebraska, and that it has no parent company. Union Pacific Railroad Company is an indirect wholly owned subsidiary of Union Pacific Corporation.

DATED this 6th day of November, 2006.

> LAMSON, DUGAN AND MURRAY, LLP
>
> MOFFATT, THOMAS, BARRETT, ROCK &
> FIELDS, CHARTERED
>
> By *[signature]*
> Tyler J. Anderson – Of the Firm
> Attorneys for Plaintiff
> Union Pacific Railroad Company