Kyle Wallor
LAMSON, DUGAN AND MURRAY, LLP
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone (402) 397-7300
Facsimile (402) 397-7824

Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
MOFFATT, THOMAS, BARRETT, ROCK &
       FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
srt@moffatt.com
tya@moffatt.com
18-267.2

Attorneys for Plaintiff
Union Pacific Railroad Company

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SYRINGA HOLDINGS, LTD. CO.,<br><br>Defendant. | Civil No. 06-443-LMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)** |

COMES NOW, the plaintiff Union Pacific Railroad Company ("UPRR"), by and

through undersigned counsel of record, and hereby notifies defendant Syringa Holdings, Ltd. Co.

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE UNDER RULE 41(a)(1) - 1**

and the Court that UPRR hereby dismisses this action with prejudice pursuant to the provisions

of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED this 9th day of November, 2006.

LAMSON, DUGAN AND MURRAY, LLP

MOFFATT, THOMAS, BARRETT, ROCK &
FIELDS, CHARTERED

By_____

Tyler J. Anderson – Of the Firm
Attorneys for Plaintiff
Union Pacific Railroad Company

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE UNDER RULE 41(a)(1) - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2006, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)** to be served by the method indicated below, and addressed to the following:

Syringa Holdings, Ltd. Co.
c/o its registered agent, William D. Trammel
8324 Westchester
Boise, Idaho  83704

(✓) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Tyler J. Anderson

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE UNDER RULE 41(a)(1) - 3**

BOI_MT2:632653.1